| PROB 22(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 1:03CR01885-001BB |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE <br><br> **Deangelo E. Bates** | DISTRICT <br> New Mexico | DIVISION <br> Albuquerque |
|---|---|---|
| | NAME OF SENTENCING JUDGE <br> Honorable Bruce D. Black | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM <br> 05/18/2012 | **TO** <br> 05/17/2017 |

OFFENSE: Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base, in violation of 21 U.S.C. Sec. 841(a)(1) and 841(b)(1)(A)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW MEXICO**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **EASTERN DISTRICT OF MICHIGAN** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

    *Date*                                                                       *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF MICHIGAN**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    Effective Date                                                     United States District Judge